IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 17-cv-00790-PAB-KLM

BLACK HILLS COLORADO IPP, LLC,

    Plaintiff,

v.

REED SERVICES OF WYOMING, INC., and
IHI INC.,

    Defendants.

## ORDER

    This matter is before the Court on the Court's Orders to Show Cause [Docket Nos. 28, 39]. Plaintiff states that the Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332. Docket No. 1 at 2, ¶ 4.

    On August 2, 2017, the Court ordered plaintiff to provide information by August 11, 2017 regarding the citizenship of Black Hills Colorado IPP, LLC ("Black Hills") in order for the Court to determine whether it has subject matter jurisdiction. Docket No. 28. On August 14, 2017, plaintiff filed a status report regarding jurisdiction. Docket No. 38. The status report stated that plaintiff was "actively investigating all available information to confirm that the Court has subject-matter jurisdiction." *Id.* at 1. The Court construed plaintiff's status report as a motion for additional time and gave plaintiff until August 18, 2017 to provide information regarding the citizenship of Black Hills. Docket No. 39.

    On August 18, 2017, plaintiff filed a second status report regarding jurisdiction.

Docket No. 40. In its second status report, plaintiff states that "diversity does not exist between Black Hills and Defendant IHI, Inc." *Id.* at 1. Plaintiff further states that it is "considering its options moving forward" and requests seven days to address these jurisdictional issues, presumably by dismissing its claims against IHI, Inc.[1] *Id.* at 1-2.

"The party invoking federal jurisdiction bears the burden of establishing such jurisdiction as a threshold matter." *Radil v. Sanborn W. Camps, Inc.*, 384 F.3d 1220, 1224 (10th Cir. 2004). Plaintiff's second status report does not describe the ownership structure of Black Hills and the Court is therefore unable to determine whether there is subject-matter jurisdiction over this case. *See Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1238 (10th Cir. 2015) (holding that an LLC takes the citizenship of all its members).

For the foregoing reasons, it is

**ORDERED** that this case is dismissed without prejudice due to the Court's lack of subject matter jurisdiction. It is further

**ORDERED** that this case is closed.

DATED August 28, 2017.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

---

[1] More than seven days have passed and plaintiff has not provided an update on the case.